UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JONATHAN SOLIS-PEREZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00140 |
| § | |
| **RIO GRANDE PROCESSING CENTER,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas under 28 U.S.C. § 2241, filed by Jonathan Solis-Perez challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). (Dkt. 1.) The Court ordered Respondents to respond to the Petition by February 6, 2026. (Dkt. 4.) Respondents filed a timely response, (Dkt. 8), and a notice of supplemental authority following the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, ___ F.4th ____, 2026 WL 323330 (5th Cir. 2026) (holding that applications for admission are subject to mandatory detention under 8 U.S.C. § 1225(b)(2)). (Dkt. 10.) On February 10, 2026, the Court ordered Respondents to file supplemental briefing responding to Petitioner's due process claims by February 17, 2026, and permitted Petitioner to file a response by February 20, 2026. (Dkt. 11.) Respondents filed a timely response to Petitioner's due process claim. (Dkt. 12.) Petitioner filed a reply and stated "Petitioner is not asking this Court to hold § 1225(b) unconstitutional in the abstract or to impose bond hearings on all § 1225(b) detainees. He is challenging the continued detention of a person who has

already been granted statutory relief, where the government failed to perfect a timely appeal and the [Board of Immigration Appeals (BIA)] expressly rejected its defective filing." (Dkt. 13 at 2.)

Upon review of the record before the Court, the Court requires clarification of the following matters in order to address the merits of Petitioner's claims:

- Whether the BIA rejected DHS's Notice of Appeal because the filing from January 14, 2026, did not contain the properly completed proof of service. (*See* Dkt. 1, Attach. 2 at 28; Dkt. 13 at 2.)
- Whether the BIA has issued an order accepting DHS's second appeal filed on January 23, 2026, and if so, on what grounds. (*See* Dkt. 13 at 3.)
- Whether Respondents have any other evidence that the BIA has accepted DHS's appeal of the Immigration Judge's order granting cancellation of removal, aside from the filing receipt submitted in Respondents' exhibits. (*See* Dkt. 8, Attach. 1.)
- Whether DHS's appeal of the order granting cancellation of removal is actively pending with the BIA and further action has occurred in the case.

Accordingly, Respondents are **ORDERED** to submit an advisory or responsive brief addressing the foregoing matters no later than **February 27, 2026**. In its advisory or responsive brief, Respondents must attach relevant evidence sufficient to support its assertions of law and fact. Petitioner is likewise permitted to submit additional responsive information no later than **February 27, 2026**.

IT IS SO ORDERED.

SIGNED this February 19, 2026.

                                              Diana Saldaña
                                              United States District Judge