United States District Court
Southern District of Texas
**ENTERED**
March 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JONATHAN SOLIS-PEREZ,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00140 |
| § | |
| **RIO GRANDE PROCESSING CENTER,** *et al.*, § § § | |
| Respondents. § § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas under 28 U.S.C. § 2241, filed by Jonathan Solis-Perez challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). (Dkt. 1.)

The Court ordered Respondents to submit an advisory addressing whether DHS's appeal of an Immigration Judge's order granting Petitioner's cancellation of removal was accepted by the Board of Immigration Appeals (BIA) by February 27, 2026. (Dkt. 16.) Respondents timely submitted an advisory and the Petitioner submitted additional responsive information. (Dkts. 17–20.)

In order to appropriately decide Petitioner's claims before the Court, the Court **ORDERS** another status update on Petitioner's immigration proceedings. Respondents are **ORDERED** to submit an advisory updating the Court on the status of DHS's appeal and whether the BIA has taken any further action on the appeal no later than **March 17, 2026**. Petitioner is likewise permitted to submit additional responsive information no later than **March 17, 2026**.

IT IS SO ORDERED.

SIGNED this March 10, 2026.

                                                       Diana Saldaña
                                                       United States District Judge